**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00943-ZLW

JEFFREY MARK ZARING,

     Applicant,

v.

RON WILEY

     Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Applicant's "Motion to Compel Respondent to File and Serve Preliminary Response" (Doc. # 9), filed on June 18, 2009, is DENIED as moot, as Respondent has filed a Preliminary Response.

Dated:  June 19, 2009